**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
                        (State)

Case number (If known): __17 B_____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual         12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ■ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Inovasi Restaurants, LLC

3. **Other names you know the debtor has used in the last 8 years**   The Other Door

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   28 E. Center St.
   Number   Street

   Lake Bluff                    IL     60044
   City                          State  ZIP Code

   Lake
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City     State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City     State   ZIP Code

Debtor ___Inovasi Restaurants, LLC___    Case number (if known) __17 B_____
     Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                                  MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                                  MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  Inovasi Restaurants, LLC
        Name

Case number (if known) 17 B

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Center Avenue Partners, LLC | Rent and Loan | $ 30,600.90 |
| | Law Office of Diambri & Caravello | Legal Fees | $ 9,073.50 |
| | Pure Wine Company | Sale of Goods | $ 3,292.10 |
| | | Total of petitioners' claims | $ 42,966.50 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Center Avenue Partners, LLC
Name

28 A Center Ave., Ste. 1
Number   Street

Lake Bluff                IL         60044
City                      State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City            State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/2017
            MM / DD / YYYY

X  /s/ Ron Oesterlein
Signature of petitioner or representative, including representative's title

**Attorneys**

David P. Lloyd
Printed name

David P. Lloyd, Ltd.
Firm name, if any

615B S. LaGrange Rd.
Number   Street

LaGrange                IL        60525
City                    State     ZIP Code

Contact phone 708/937-1264   Email dlloyd@davidlloydlaw.com

Bar number  6183542

State       IL

X  /s/ David P. Lloyd
Signature of attorney

Date signed  05/01/2017
             MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 3

Debtor __Inovasi Restaurants, LLC__    Case number (if known) __17 B__

**Name and mailing address of petitioner**

Name: Law Office of Diambri & Caravello

Number Street: 300 Green Bay Rd.

City: Highwood    State: IL    ZIP Code: 60040

**Name and mailing address of petitioner's representative, if any**

Name: Paul P. Diambri

Number Street: 

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/2017

✗ /s/ Paul P. Diambri

Signature of petitioner or representative, including representative's title

Printed name: David P. Lloyd

Firm name, if any: David P. Lloyd, Ltd.

Number Street: 615B S. LaGrange Rd.

City: LaGrange    State: IL    ZIP Code: 60525

Contact phone: 708/937-1264    Email: dlloyd@davidlloydlaw.com

Bar number: 6183542

State: IL

✗ /s/ David P. Lloyd

Signature of attorney

Date signed: 05/01/2017

---

**Name and mailing address of petitioner**

Name: Pure Wine Company

Number Street: 361 S. Frontage Rd., Ste. 130

City: Burr Ridge    State: IL    ZIP Code: 60527

**Name and mailing address of petitioner's representative, if any**

Name: Richard Sarber

Number Street:

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/2017

✗ /s/ Richard Sarber

Signature of petitioner or representative, including representative's title

Printed name: David P. Lloyd

Firm name, if any: David P. Lloyd, Ltd.

Number Street: 615B S. LaGrange Rd.

City: LaGrange    State: IL    ZIP Code: 60525

Contact phone: 708/937-1264    Email: dlloyd@davidlloydlaw.com

Bar number: 6183542

State: IL

✗ /s/ David P. Lloyd

Signature of attorney

Date signed: 05/01/2017